United States Courts
Southern District of Texas
FILED
*July 07, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  CRIMINAL NO. **4:22cr325** |
| v. | § § § § |
| JACOB ACHEAMPONG<br>Defendant. | § § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment:

1. The following items are firearms and ammunition of category and nature which cannot be exported from the United States without a license or written approval from the United States Government:

   a. Any and all Taurus G2C 9 mm firearms and

   b. Any and all Taurus G3C 9 mm firearms

It is also unlawful for a person to violate United States laws governing the outbound smuggling of any merchandise, article, or object, including firearms and ammunition. Title 18, United States Code, Section 554(a) makes it a federal crime to fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States; or to receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

2. JACOB ACHEAMPONG, nor any co-conspirator identified herein has ever applied for, received, or possessed a license or written approval from the United States Government to export any firearms or ammunition.

3. <u>The ATF Form 4473 (Firearm Transaction Record)</u>:

   a. The ATF Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition. The Form 4473 is completed in part by the FFL and in part by a firearms purchaser at the time a firearm is sold or otherwise disposed of. The Form 4473 memorializes that an FFL has taken all precautions required by the ATF and his license to make sure he does not transfer a firearm to a person who is prohibited from possessing it. Accordingly, among other things, the Form 4473 records that a firearms purchaser identified himself to the FFL with a valid identification bearing his photograph. The Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

4. The purpose of the Form 4473 is threefold. The first is to cause FFLs and prospective firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed. The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), though its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions. The third purpose of the ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an on-going criminal investigation involving a firearm as evidence to trace the firearm to its last-known owner.

**COUNT ONE**
**(Aiding and Abetting the Exportation of Firearms)**

On or about January 24, 2022, in the Southern District of Texas,

**JACOB ACHEAMPONG**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did fraudulently and knowingly export and send, and attempt to export and send from the United States; and facilitated the transportation, concealment, or sale of certain merchandise, article or object, knowing the same to be intended for exportation from the United States, to wit: Fourteen Taurus G2C firearms and Twenty eight G3C firearms contrary to the laws and regulations of the United States, in that the Defendant exported and sent, and attempted to export and send; and facilitated the transportation, concealment, or sale of said firearms from the United States to the country of Ghana without a license or written approval from the United States Government as required by Title 50, United States Code, Section 4819, and Title 15 Code of Federal Regulations, Section 730 et seq.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## NOTICE OF CRIMINAL FORFEITURE

## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendants, that upon conviction of a knowing violation of Title 18, United States Code, Sections 554, all firearms and ammunition involved in or used in any such violation is subject to forfeiture, including but not limited to:

- Taurus, Model G2C, 9mm pistol, serial number ACJ279866 (Item 4)
- Taurus, Model G3C, 9mm pistol, serial number 1KA11548 (Item 5)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14372 (Item 6)
- Taurus, Model G3C, 9mm pistol, serial number 1KA12462 (Item 7)
- Taurus, Model G3C, 9mm pistol, serial number 1KA04778 (Item 8)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14780 (Item 9)
- Taurus, Model G3C, 9mm pistol, serial number 1KA13371 (Item 10)
- Taurus, Model G3C, 9mm pistol, serial number 1KA10150 (Item 11)
- Taurus, Model G2C, 9mm pistol, serial number ACJ279562 (Item 12)
- Taurus, Model G3C, 9mm pistol, serial number ACK418176 (Item 13)
- Taurus, Model G3C, 9mm pistol, serial number ACL470599 (Item 14)
- Taurus, Model G2C, 9mm pistol, serial number ACJ254111 (Item 15)
- Taurus, Model G3C, 9mm pistol, serial number ACL470745 (Item 16)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14130 (Item 17)
- Taurus, Model G2C, 9mm pistol, serial number ACJ250170 (Item 18)
- Taurus, Model G2C, 9mm pistol, serial number ACJ299944 (Item 19)
- Taurus, Model G2C, 9mm pistol, serial number ACJ250710 (Item 20)
- Taurus, Model G2C, 9mm pistol, serial number ACJ332635 (Item 21)
- Taurus, Model G3C, 9mm pistol, serial number ACG078991 (Item 22)
- Taurus, Model G2C, 9mm pistol, serial number ACJ279323 (Item 23)
- Taurus, Model G2C, 9mm pistol, serial number ACJ332696 (Item 24)
- Taurus, Model G2C, 9mm pistol, serial number ACJ299916 (Item 25)
- Taurus, Model G3C, 9mm pistol, serial number ACJ224638 (Item 26)
- Taurus, Model G2C, 9mm pistol, serial number ACJ260370 (Item 27)
- Taurus, Model G3C, 9mm pistol, serial number ABN365789 (Item 28)
- Taurus, Model G2C, 9mm pistol, serial number ACJ280014 (Item 29)
- Taurus, Model G3C, 9mm pistol, serial number ACL470446 (Item 30)
- Taurus, Model G2C, 9mm pistol, serial number ACJ250169 (Item 31)
- Taurus, Model G2C, 9mm pistol, serial number ACJ250818 (Item 32)
- Taurus, Model G3C, 9mm pistol, serial number 1KA13792 (Item 33)
- Taurus, Model G3C, 9mm pistol, serial number 1KA13657 (Item 34)
- Taurus, Model G3C, 9mm pistol, serial number 1KA11100 (Item 35)

- Taurus, Model G3C, 9mm pistol, serial number 1KA13882 (Item 36)
- Taurus, Model G3C, 9mm pistol, serial number 1KA13883 (Item 37)
- Taurus, Model G3C, 9mm pistol, serial number 1KA10447 (Item 38)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14386 (Item 39)
- Taurus, Model G3C, 9mm pistol, serial number 1KA10211 (Item 40)
- Taurus, Model G3C, 9mm pistol, serial number 1KA19016 (Item 41)
- Taurus, Model G3C, 9mm pistol, serial number 1KA19091 (Item 42)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14770 (Item 43)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14429 (Item 44)
- Taurus, Model G3C, 9mm pistol, serial number 1KA14292 (Item 45)

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*Lisa M. Collins*
LISA M. COLLINS
Assistant United States Attorney